IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Terry, Howard G | Case Number: 05 B 35108 |
|---|---|---|
|  | Terry, Delores R | Judge: Hollis, Pamela S |
|  | Printed: 12/23/08 | Filed: 9/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 10, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 69,412.00 |  |
| Secured: |  | 63,023.83 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,688.17 |
| Other Funds: |  | 0.00 |
| Totals: | 69,412.00 | 69,412.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Credit Acceptance Corp | Secured | 2,180.37 | 1,783.97 |
| 3. | Washington Mutual Bank FA | Secured | 42,444.55 | 37,329.36 |
| 4. | Toyota Motor Credit Corporatio | Secured | 8,615.53 | 6,026.35 |
| 5. | Washington Mutual Bank FA | Secured | 25,094.52 | 17,884.15 |
| 6. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 7. | United Student Aid Group Guarantee Serv | Unsecured | 0.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 254.59 | 0.00 |
| 10. | Credit Acceptance Corp | Unsecured | 5,776.79 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 255.80 | 0.00 |
| 12. | Capital One | Unsecured | 653.35 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 464.49 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 2,269.00 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 674.09 | 0.00 |
| 16. | Toyota Motor Credit Corporatio | Unsecured | 10,129.50 | 0.00 |
| 17. | World Financial Network Nat'l | Unsecured | 497.48 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 768.40 | 0.00 |
| 19. | Capital One | Unsecured | 1,161.72 | 0.00 |
| 20. | World Financial Network Nat'l | Unsecured | 193.31 | 0.00 |
| 21. | CB USA | Unsecured | 466.50 | 0.00 |
| 22. | Illinois Student Loan Program | Unsecured |  | No Claim Filed |
| 23. | CBA | Unsecured |  | No Claim Filed |
| 24. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 25. | Bankers Trust Company | Unsecured |  | No Claim Filed |
| 26. | Ameritech | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Terry, Howard G | Case Number: 05 B 35108 |
|---|---|---|
| | Terry, Delores R | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 9/1/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Cellular One | Unsecured | | No Claim Filed |
| 28. | CBA | Unsecured | | No Claim Filed |
| 29. | CB&T | Unsecured | | No Claim Filed |
| 30. | MRI Association | Unsecured | | No Claim Filed |
| 31. | Park Dansan | Unsecured | | No Claim Filed |
| 32. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 33. | Providian Bank | Unsecured | | No Claim Filed |
| 34. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 35. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 36. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 37. | Romans | Unsecured | | No Claim Filed |
| | | | $ 104,599.99 | $ 65,723.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,024.87 |
| 5% | 241.80 |
| 4.8% | 812.45 |
| 5.4% | 1,359.70 |
| 6.5% | 249.35 |
| | $ 3,688.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

